# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN C. YOUNG, | ) | Case No. LA CV 14-05648-VBF-KK |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| R. BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, the respondent's answer and accompanying memorandum, the lodged state-court documents, petitioner's traverse and the accompanying memorandum, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and petitioner's objections to the R&R. Respondent did not exercise his Fed. R. Civ. P. 72(b)(2) right to file a response to the objections. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in *de novo* review of the portions of the R&R to which petitioner has specifically objected and finds no error of law, fact, or logic in the Magistrate Judge's well-reasoned R&R.

Petitioner's objection **[Doc #32] is OVERRULED.**

The Report and Recommendation **[Doc #28] is ADOPTED.**

The Petition for a Writ of Habeas Corpus **[Doc #1] is DENIED.**

**This action is dismissed with prejudice and the case is TERMINATED.**

As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

Dated: July 2, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2