# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. YOUNG,<br>        Petitioner,<br>v.<br>R. BARNES, Warden,<br>        Respondent. | Case No. LA CV 14-05648-VBF-KK<br><br>**FINAL JUDGMENT** |

Pursuant to the contemporaneously issued Order Accepting Findings and Recommendation of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner John C. Young.

Dated: July 2, 2015

_Valerie Baker Fairbank_
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE